The record unquestionably supports this finding and this Court will therefore not disturb it. Asher v. Hartlage, Ky., 336 S.W.2d 335. The validity of the agreement is not attacked.

Upon his finding of fact the trial judge properly entered a judgment denying alimony. There are other reasons for sustaining the judgment but it is unnecessary to burden this opinion with further writing.

The judgment is affirmed.

R. Howard Smith, Newport, for appellant.

Lambert Hehl, Jr., Newport, for appellee.

PER CURIAM.

Motion for an appeal from a judgment of the Campbell Circuit Court, Honorable Ray L. Murphy, Judge, against the plaintiff, in an action to recover a balance of $899.34 and interest on a promissory note.

The evidence sustains the verdict for the defendant on the issue as to whether or not he was entitled to a discharge in bankruptcy because of misrepresentation of a material fact, and the plaintiff had extended credit in reliance thereon.

· The motion is overruled, and the judgment stands affirmed.

**HOUSEHOLD FINANCE CORPORATION,**
Appellant,

v.

**Louis F. SANDERS, Jr., Appellee.**

Court of Appeals of Kentucky.

Sept. 16, 1960.

**UNIVERSAL C.I.T. CREDIT CORPORATION, Appellant,**

v.

**Delmas CAUDILL, Appellee.**

Court of Appeals of Kentucky.

Sept. 16, 1960.

